**E-FILED**
Friday, 07 January, 2005 01:41:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTHA BENNETT, | : | |
| Plaintiff, | : | **APPEARANCE OF COUNSEL** |
| vs. | : | |
| MERCK & COMPANY INC., | : | Case No. **05-2006** |
| Defendant. | : | |

**FILED**

**JAN 07 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To the Clerk of this court and all parties of record:

The undersigned hereby enters his appearance of counsel for the Plaintiff in the above

entitled matter. The undersigned counsel hereby certifies that he is admitted to practice in this

court.

Dated this ⁵ᵗʰ day of January, 2005.

Respectfully submitted,

James Esparza  #6282248
1434 East 4500 South, #100
Salt Lake City, Utah 84117
Telephone: 801-272-9100
Fax: 801-272-9102