E-FILED
Friday, 07 January, 2005  01:42:51 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

MARTHA BENNETT,

Plaintiff,

V.

MERCK & COMPANY, INC.,
DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05-2006**

TO: (Name and address of Defendant)

Merck & Company Inc.
208 South LaSalle Street, #814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Esparza
1434 East 4500 South, #100
Salt Lake City, Utah 84117

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

1/7/05
DATE

s/V. Ball
(BY) DEPUTY CLERK