IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTHA BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-2006 |
| v. ) | |
| ) | Jury Trial Demanded |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE TO COURT OF RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

COMES NOW, Defendant Merck & Co., Inc., and hereby gives notice to the Court that on February 16, 2005, the Judicial Panel on Multidistrict Litigation issued its Order establishing MDL-1657 and transferring the 148 federal VIOXX® cases that were subject to Merck's petition for pretrial coordination to the Eastern District of Louisiana for coordinated pretrial proceedings before the Honorable Eldon E. Fallon. Enclosed herewith is a copy of the Panel's Transfer Order. As set forth therein, the Panel found that:

> The actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions focus on the alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

*See* Order, p. 2.

On January 24, 2005, subsequent to Merck's filing its petition and amended petition for pretrial coordination, Merck provided notice to the Panel of this action pursuant to the tag-along procedures contained in the MDL rules. Merck expects the Panel to issue a conditional transfer

2048561                                1

order including this case in the immediate future. Once that occurs, assuming plaintiffs do not object within the 15-day period provided for by the MDL rules, this action will become part of MDL-1657 and be transferred to Judge Fallon's court upon expiration of plaintiff's period to object, and the case will be transferred for coordinated pretrial proceedings.

In the event plaintiffs choose to object to transfer of this action to the MDL court, there is a separate procedure for filing their objection and papers objecting to the transfer with the MDL Panel. The MDL Panel will then hear and resolve those objections.

Respectfully submitted,

BRYAN CAVE LLP

By:   /s/ Stephen G. Strauss
       Stephen G. Strauss #06279907
       211 North Broadway, Suite 3600
       St. Louis, Mo 63102-2750
       Phone:  314/259-2000
       Fax:    314/259-2020

       and

       Norman C. Kleinberg
       Theodore V.H. Mayer
       Charles Avrith
       HUGHES HUBBARD & REED LLP
       One Battery Park Plaza
       New York, NY 10004
       Telephone: (212) 837-6000

       *Attorneys for Merck & Co.*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 3, 2005, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

James Esparza #6282248
Attorney for Plaintiff
1434 East 4500 South, Suite 100
Salt Lake City, Utah 84117
Telephone: 801 272-9100
Fax: 801 272-9102

                                                                    /s/ Stephen G. Strauss