E-FILED
Friday, 04 March, 2005 12:39:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTHA BENNETT, : | |
|     Plaintiff, : | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. : | Case No. 05 CV 2006 |
| MERCK & COMPANY, INC. : | Judge Harold A. Baker |
|     Defendant. : | |

Plaintiff, pursuant to Rule 41 (a) F.R.C.P., hereby files this notice of voluntary dismissal, and in support thereof states that defendant has not been served with the summons and complaint or answered. Accordingly, notice of dismissal is proper at this juncture.

Dated this 4th day of March, 2005.

Respectfully submitted,

James Esparza, #6282248
1434 East 4500 South
Salt Lake City, Utah 84117
Telephone: 801.272.9100