E-FILED
Wednesday, 09 March 2005 08:18:45 AM
Clerk, U.S. District Court, ILCD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR - 4 2005

FILED
CLERK'S OFFICE

05-2006

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

RECEIVED
MAR 0 8 2005
U.S. CLERK'S OFFICE
URBANA, IL

On February 16, 2005, the Panel transferred 139 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

**ALABAMA MIDDLE**
- ALM   1   04-1247   Oral L. Davis v. Merck & Co., Inc.
- ALM   1   05-39     Faye Southerland, etc. v. Merck & Co., Inc.
- ALM   2   05-32     Joe B. Wilson v. Merck & Co., Inc., et al.
- ALM   2   05-103    Sammy Gilbreath v. Merck & Co., Inc., et al.
- ALM   3   04-1199   Harold Wallace, Sr. v. Merck & Co., Inc.

**ALABAMA NORTHERN**
- ALN   1   04-3476   Ruby McClellan, etc. v. Merck & Co., Inc., et al.
- ALN   2   04-3566   Ralph P. Simmons v. Merck & Co., Inc.
- ALN   2   05-40     Lathan F. Rushing, etc. v. Merck & Co., Inc.
- ALN   2   05-44     Sharon D. Lane, et al. v. Merck & Co., Inc.
- ALN   2   05-138    Sue Krieder v. Merck & Co., Inc., et al.
- ALN   3   05-75     Joe Darby, et al. v. Merck & Co., Inc.
- ALN   7   04-3457   Ronald Martin v. Merck & Co., Inc.
- ALN   7   05-143    Samuel Dye, et al. v. Merck & Co., Inc.

**ALABAMA SOUTHERN**
- ALS   1   05-35     Shirley Sue Smith, et al. v. Merck & Co., Inc.
- ALS   1   05-50     Harry W. Moody, Jr., et al. v. Merck & Co., Inc., et al.

**ARKANSAS EASTERN**
- ARE   1   05-4      Bruce Munson v. Merck & Co., Inc.
- ARE   3   05-14     Tom Eubanks v. Merck & Co., Inc.
- ARE   4   04-1525   James C. Hankins v. Merck & Co., Inc.
- ARE   4   05-107    Esther Conklin, et al. v. Merck & Co., Inc.
- ARE   4   05-108    Elsie Akins, et al v. Merck & Co., Inc.
- ARE   5   05-27     Paul Bone, et al. v. Merck & Co., Inc.

**ARKANSAS WESTERN**
- ARW   1   04-1123   Ladara Benton v. Merck & Co., Inc.
- ARW   1   05-1009   Joe Williams v. Merck & Co., Inc.

**ARIZONA**
- AZ    2   04-3037   Edward W. Wright v. Merck & Co., Inc.
- AZ    2   05-307    Wayne Young v. Merck & Co., Inc.

**CALIFORNIA SOUTHERN**
- CAS   3   05-110    Fred Thomas, et al. v. Merck & Co., Inc., et al.

**CONNECTICUT**
- CT    3   05-5      Susan Heintz, etc. v. Merck & Co., Inc.

**FLORIDA MIDDLE**
- FLM   2   04-625    Donald J. Bernhardt, etc. v. Merck & Co., Inc.
- FLM   2   05-38     Maria Sotomayor, etc. v. Merck & Co., Inc.
- FLM   3   04-1322   Polly Peterson v. Merck & Co., Inc.
- FLM   6   05-172    Nelson Oquendo, et al. v. Merck & Co., Inc., et al.
- FLM   8   04-2682   Judy Ann Mitchell, etc. v. Merck & Co., Inc.

DISTRICT  DIV. C.A.#

**FLORIDA NORTHERN**
    FLN    5  05-1                  Paulette Jackson, etc. v. Merck & Co., Inc.

**FLORIDA SOUTHERN**
    FLS    0  05-60087      Harry Conti, et al. v. Merck & Co., Inc., et al.
    FLS    1  04-22916      David G. Carvallo v. Merck & Co., Inc., et al.
    FLS    2  05-14015      Walter Lang v. Merck & Co., Inc.
    FLS    9  05-80017      Lizzie Mae Sims, etc. v. Merck & Co., Inc.
    FLS    9  05-80051      Jack Sharwell v. Merck & Co., Inc.

**GEORGIA MIDDLE**
    GAM    1  05-3               Helen Ruth Summers v. Merck & Co., Inc.

**GEORGIA NORTHERN**
    GAN    1  04-3394        Willie T. Flanders v. Merck & Co., Inc.
    GAN    1  04-3679        Moses B. Fryer v. Merck/Schering, et al.
    GAN    1  04-3708        Mack E. Willis v. Merck & Co., Inc.
    GAN    1  05-268          Rita Jean Gann v. Merck & Co., Inc.

**GEORGIA SOUTHERN**
    GAS    4  04-211          John W. Powell v. Merck & Co., Inc.

**ILLINOIS CENTRAL**
    ILC    2  05-2006        Martha Bennett v. Merck & Co., Inc.

**ILLINOIS NORTHERN**
    ILN    1  05-56            Sharon Wilhelmi v. Merck & Co., Inc.
    ILN    1  05-118         Marilyn Benoit, et al. v. Merck & Co., Inc.
    ILN    1  05-120         Ralph Cistaro, et al. v. Merck & Co., Inc.
    ILN    1  05-124         Timothy Dobslaf v. Merck & Co., Inc.
    ILN    1  05-338         Gabriel Gomez, et al. v. Merck & Co., Inc.
    ILN    1  05-341         Arnold Nilsen v. Merck & Co., Inc.
    ILN    1  05-342         Linda Johnson, etc. v. Narendrea Dabhade, M.D., et al.

**ILLINOIS SOUTHERN**
    ILS    3  04-847          Myrna Amisch v. Merck & Co., Inc., et al.
    ILS    3  04-864          Gerald Sumner, et al. v. Merck & Co., Inc.
    ILS    3  04-868          Earl Gori, et al. v. Merck & Co., Inc.
    ILS    3  05-39            Ida Akins v. Merck & Co., Inc., et al.
    ILS    3  05-50            Melvin Williams, et al. v. Merck & Co., Inc.

**INDIANA SOUTHERN**
    INS    1  04-1986        Randall Corson v. Merck & Co., Inc.
    INS    1  04-1987        Madonna Plotner v. Merck & Co., Inc.
    INS    1  04-1988        James Humrickhouse v. Merck & Co., Inc.
    INS    1  05-62            Bobby Alexander Williams v. Merck & Co., Inc.

**KANSAS**
    KS    2  04-2588        Sanjanwala Smita v. Merck & Co., Inc.

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1657)                                         Page 3 of 7

DISTRICT  DIV. C.A.#

KENTUCKY EASTERN
   KYE  7  04-419         James Ratliff v. Merck & Co., Inc.
   KYE  7  04-420         Paul L. Fairchild, et al. v. Merck & Co., Inc.

KENTUCKY WESTERN
   KYW  1  04-175         Henry Daniel Sarver, et al. v. Merck & Co., Inc.
   KYW  3  05-1           Stephen J. Williams v. Merck & Co., Inc.

LOUISIANA MIDDLE
   LAM  3  04-878         Milton Johnson v. Merck & Co., Inc.
   LAM  3  05-61          Camellia R. Pescia v. Merck & Co., Inc.

LOUISIANA WESTERN
   LAW  2  04-2406        Maurice L. Prince, Sr. v. Merck & Co., Inc.
   LAW  5  04-2370        Evelyn Hart, et al. v. Merck & Co., Inc.
   LAW  5  04-2418        Thomas Dufrene, et al. v. Merck & Co., Inc.
   LAW  5  04-2438        H. Raymond Harrell, et al. v. Merck & Co., Inc.
   LAW  5  04-2498        Donnie Cutliff, et al. v. Merck & Co., Inc.

MARYLAND
   MD   1  04-3855        Thomas Bateman v. Merck & Co., Inc.
   MD   1  05-40          Bobbie Means v. Merck & Co., Inc.
   MD   1  05-181         Shantall Thomas, et al. v. Merck & Co., Inc.

MICHIGAN EASTERN
   MIE  2  04-74513       Maxine Bates, et al. v. Merck & Co., Inc.
   MIE  4  04-40345       Ronald Tucker v. Merck & Co., Inc.

MINNESOTA
   MN   0  04-5030        Charles Fortune, etc. v. Merck & Co., Inc.

MISSOURI EASTERN
   MOE  1  05-18          Jennifer Norris v. Merck & Co., Inc., et al.
   MOE  1  05-19          Regina Neel v. Merck & Co., Inc., et al.
   MOE  4  04-1794        Gary Murray, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-83          Theresa Tuma, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-84          Celestine Dale, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-85          Debra Raymo, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-86          Vernon Andrews, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-87          Carol Thomas, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-88          Sammy L. Underwood, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-89          Arline Anderson, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-90          Edna McGhee, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-91          Eddie Griffith v. Merck & Co., Inc.
   MOE  4  05-92          Regina Menderski, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-93          Mary Stewart, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-94          Gloria Singleton, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-95          Monte Safron v. Merck & Co., Inc.
   MOE  4  05-96          Kenneth Britton, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-97          James Cerutti, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-108         Lonnie Hardy v. Merck & Co., Inc., et al.
   MOE  4  05-109         George Bailey, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-110         Mary Smith, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-111         Janice Gulledge, et al. v. Merck & Co., Inc.. et al.
   MOE  4  05-132         Maurice Dulle, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-133         Kathryn James, et al. v. Merck & Co., Inc., et al.
   MOE  4  05-134         Mary Ann Allen, et al. v. Merck & Co., Inc.

DISTRICT  DIV. C.A.#

| | | | |
|---|---|---|---|
| MOE | 4 | 05-135 | Dennis Bodimer, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-137 | Jacob Heller, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-139 | George Hagerman, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-141 | Walter Foster, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-142 | Carla Casimere, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-143 | Debra Anderson, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-144 | Donny Crouter, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-145 | William G. Broadhurst, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-148 | Dianna Hicks, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-149 | Sharon Lindsay, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-150 | James Long, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-151 | Mary Schraeder, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-152 | Robert Reeves, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-153 | Daniel O'Gorman, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-154 | Sonya Vick, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-155 | Carol Wilshusen, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-157 | Glen Love, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-158 | Arla Lovekamp v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-159 | David Millis, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-160 | Diana Means, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-161 | Richard Noble, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-162 | Myrtle Spalding, et al. v. Merck & Co., Inc., et al. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 04-1098 | Elvin Shaw, et al. v. Merck & Co., Inc. |
| MOW | 4 | 04-1099 | Lucille Quigley v. Merck & Co., Inc. |
| MOW | 6 | 05-3017 | Mary Hurst Brewer, etc. v. Merck & Co., Inc. |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 3 | 04-216 | Myron Martin, etc. v. Merck & Co., Inc. |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 04-832 | Lois Pritchard v. Merck & Co., Inc. |
| MSS | 1 | 05-44 | James Luther Williams v. Merck & Co., Inc. |
| MSS | 2 | 04-378 | Preston Lee v. Merck & Co., Inc. |
| MSS | 2 | 04-420 | Larry L. Moree v. Merck & Co., Inc. |
| MSS | 3 | 04-923 | R.L. Taylor v. Merck & Co., Inc. |
| MSS | 3 | 04-924 | L.C. Bassett v. Merck & Co., Inc. |
| MSS | 3 | 04-925 | Lola Hicks v. Merck & Co., Inc. |
| MSS | 3 | 04-1012 | Harriet E. Fitts, etc. v. Merck & Co., Inc. |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 04-1129 | Michael H. Phillips v. Merck & Co., Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 04-5575 | Paul G. Kennedy, et al. v. Merck & Co., Inc. |
| NJ | 3 | 04-6383 | Cavalier Homes, Inc. v. Merck & Co., Inc. |
| NJ | 3 | 05-81 | Midwestern Teamsters Health & Welfare Fund v. Merck & Co., Inc. |
| NJ | 3 | 05-601 | Donald Pederson, et al. v. Merck & Co., Inc. |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 04-1356 | Debbie Pace, et al. v. Merck & Co., Inc. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 04-5123 | Paula Diaz-Maira, et al. v. Merck & Co., Inc. |
| NYE | 1 | 04-5124 | Joyce Horowitz v. Merck & Co., Inc. |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1657)                                  Page 5 of 7

DISTRICT  DIV. C.A.#

| | | | |
|---|---|---|---|
| NYE | 1 | 04-5125 | Loretta Findlay v. Merck & Co., Inc. |
| NYE | 1 | 04-5322 | Jennie Imburgia v. Merck & Co., Inc. |
| NYE | 1 | 04-5510 | Patricia Rini, et al. v. Merck & Co., Inc. |
| NYE | 1 | 04-5622 | Richard Rammer, et al. v. Merck & Co., Inc. |
| NYE | 1 | 04-5623 | Elizabeth O'Connell, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-101 | Elaine Ingrisano, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-199 | Daniel Cahill v. Merck & Co., Inc. |

NEW YORK NORTHERN
| | | | |
|---|---|---|---|
| NYN | 3 | 05-70 | Glenn L. Dier, et al. v. Merck & Co., Inc. |
| NYN | 5 | 04-1367 | Richard F. Core, et al. v. Merck & Co., Inc., et al. |

NEW YORK SOUTHERN
| | | | |
|---|---|---|---|
| NYS | 1 | 04-9653 | David Agard, et al. v. Merck & Co., Inc. |
| NYS | 1 | 04-9654 | Adnan Aljibory, et al. v. Merck & Co., Inc. |
| NYS | 1 | 04-9655 | Rosemary Holobosky, et al. v. Merck & Co., Inc. |
| NYS | 1 | 05-863 | Jose Vasquez, et al. v. Merck & Co., Inc., et al. |

OHIO NORTHERN
| | | | |
|---|---|---|---|
| OHN | 1 | 04-2324 | Barbara Farmer, et al. v. Merck & Co., Inc. |
| OHN | 1 | 04-2398 | Julia M. Reineck v. Merck & Co., Inc. |
| OHN | 1 | 04-2474 | Muriel Cohen v. Merck & Co., WC, et. al |
| OHN | 1 | 05-39 | Linda Klein, et al. v. Merck & Co., Inc. |
| OHN | 3 | 04-7729 | John Deck, etc. v. Merck & Co., Inc., et al. |

OHIO SOUTHERN
| | | | |
|---|---|---|---|
| OHS | 1 | 05-13 | James L. Lind v. Merck & Co., Inc. |

OKLAHOMA NORTHERN
| | | | |
|---|---|---|---|
| OKN | 4 | 04-930 | Tommy Lee v. Merck & Co., Inc. |

OKLAHOMA WESTERN
| | | | |
|---|---|---|---|
| OKW | 5 | 04-1623 | Terrie J. Taylor v. Merck & Co., Inc. |
| OKW | 5 | 04-1688 | Maria Sanchez v. Merck & Co., Inc. |
| OKW | 5 | 04-1776 | Lawanda R. Gray v. Merck & Co., Inc. |
| OKW | 5 | 05-45 | Virginia Oller, et al. v. Merck & Co., Inc. |
| OKW | 5 | 05-85 | Linda Diane Rodgers, et al. v. Merck & Co., Inc. |

OREGON
| | | | |
|---|---|---|---|
| OR | 6 | 05-6020 | Victor Takla v. Merck & Co., Inc. |

PENNSYLVANIA EASTERN
| | | | |
|---|---|---|---|
| PAE | 2 | 04-5410 | Richard E. Snyder, et al., v. Merck & Co., Inc. |
| PAE | 2 | 04-5478 | Rodney H. McCandless, et al. v. Merck & Co., Inc. |
| PAE | 2 | 04-5533 | Christine Tyson, et al. v. Merck & Co., Inc. |
| PAE | 2 | 04-5534 | Sumner Koch, et al. v. Merck & Co., Inc. |
| PAE | 2 | 04-5535 | Greg Jaskot, et al. v. Merk & Co., Inc. |
| PAE | 2 | 04-5998 | Lillian Pimentel, etc. v. Merck & Co., Inc. |
| PAE | 2 | 05-20 | UFCW Local 1776 & Participating Employers Health & Welfare Fund, et al. v. Merck & Co., Inc. |
| PAE | 2 | 05-186 | Lawrence Whitty, et al. v. Merck & Co., Inc. |
| PAE | 2 | 05-227 | Esther Pearl West, et al. v. Merck & Co., Inc., et al. |

PENNSYLVANIA WESTERN
| | | | |
|---|---|---|---|
| PAW | 2 | 04-1886 | Judith E. Orie, M.D. v. Merck & Co, Inc. |
| PAW | 2 | 05-8 | Barry Green, et al. v. Merck & Co., Inc. |

DISTRICT  DIV. C.A.#

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 2 | 05-173 | Donna Anne Graff, et al. v. Merck & Co., Inc. |
| SC | 3 | 05-278 | Henry B. Johnson, et al. v. Merck & Co., Inc. |
| SC | 7 | 04-23338 | Barbara Blackwell, etc. v. Merck & Co., Inc. |
| SC | 9 | 04-23064 | James McNichols, et al. v. Merck & Co., Inc. |

TENNESSEE EASTERN
| | | | |
|---|---|---|---|
| TNE | 1 | 04-394 | Dewey A. Harris, et al. v. Merck & Co., Inc. |
| TNE | 1 | 05-6 | Marvin R. Wilson, Jr., et al. v. Merck & Co., Inc. |
| TNE | 1 | 05-22 | Russell A. Lane, et al. v. Merck & Co., Inc. |
| TNE | 1 | 05-23 | Robert Shipley v. Merck & Co., Inc. |
| TNE | 1 | 05-24 | Betty Belcher v. Merck & Co., Inc. |
| TNE | 1 | 05-25 | Orville Thomas, et al. v. Merck & Co., Inc. |
| TNE | 3 | 05-26 | David Seivers v. Merck & Co., Inc., et al. |

TENNESSEE MIDDLE
| | | | |
|---|---|---|---|
| TNM | 1 | 04-125 | Barbara Cathey v. Merck & Co., Inc. |

TEXAS EASTERN
| | | | |
|---|---|---|---|
| TXE | 1 | 04-728 | Jack Arrant v. Merck & Co., Inc., et al. |
| TXE | 2 | 04-427 | Kathy Ewbank v. Merck & Co., Inc. |
| TXE | 2 | 04-428 | Elzie Westbrook, et al. v. Merck & Co., Inc. |
| TXE | 2 | 04-429 | Joseph Catletti, et al. v. Merck & Co., Inc. |
| TXE | 2 | 05-9 | Terry Stubblefield v. Merck & Co., Inc. |
| TXE | 2 | 05-37 | Terry Adkison, Sr. v. Merck & Co., Inc. |
| TXE | 2 | 05-38 | Nancy Bateman v. Merck & Co., Inc. |
| TXE | 2 | 05-39 | Daphne Herrington v. Merck & Co., Inc. |
| TXE | 2 | 05-40 | Jeronimo Garcia v. Merck & Co., Inc. |
| TXE | 2 | 05-41 | Linda Compton v. Merck & Co., Inc. |
| TXE | 2 | 05-42 | George Chaney v. Merck & Co., Inc. |
| TXE | 2 | 05-43 | Opal Wallace, et al. v. Merck & Co., Inc. |
| TXE | 2 | 05-44 | Chester Woj v. Merck & Co., Inc. |
| TXE | 2 | 05-45 | Donald West v. Merck & Co., Inc. |
| TXE | 2 | 05-46 | Juan Quiroga v. Merck & Co., Inc. |
| TXE | 2 | 05-47 | Ramelle Pavletich v. Merck & Co., Inc. |
| TXE | 2 | 05-48 | Elizabeth Palmer v. Merck & Co., Inc. |
| TXE | 2 | 05-49 | Sallie Johnson v. Merck & Co., Inc. |
| TXE | 5 | 04-269 | Thomas J. Bradley, Jr., et al. v. Merck & Co., Inc. |
| TXE | 5 | 05-18 | Ronnie Holt, et al. v. Merck & Co., Inc. |

TEXAS NORTHERN
| | | | |
|---|---|---|---|
| TXN | 3 | 05-31 | Teresa Brannon Ward v. Merck & Co., Inc. |
| TXN | 3 | 05-87 | Bruce Danielson v. Merck & Co., Inc., et al. |
| TXN | 3 | 05-101 | Teresa Harris v. Merck & Co., Inc., et al. |
| TXN | 3 | 05-102 | Joe B. Hewitt v. Merck & Co., Inc., et al. |
| TXN | 3 | 05-208 | Henry Charles Perry v. Merck & Co., Inc., et al. |
| TXN | 4 | 05-26 | Jerry Sumbera v. Merck & Co., Inc., et al. |

TEXAS SOUTHERN
| | | | |
|---|---|---|---|
| TXS | 4 | 04-4559 | Loma E. Rasco, et al. v. Merck & Co., Inc. |
| TXS | 4 | 05-121 | Margrett L. Dixon, et al. v. Merck & Co., Inc., et al. |
| TXS | 4 | 05-255 | Jojuana Daniel, et al. v. Merck & Co., Inc. |
| TXS | 7 | 04-433 | Rogelio Hernandez v. Merck & Co., Inc., et al. |
| TXS | 7 | 04-434 | Maria Luisa Garza v. Merck & Co., Inc., et al. |
| TXS | 7 | 04-438 | Yolanda Curiel v. Merck & Co., Inc., et al. |
| TXS | 7 | 05-1 | Maricela Garza v. Merck & Co., Inc. |
| TXS | 7 | 05-14 | Bettina L. Perez v. Merck & Co., Inc., et al. |
| TXS | 7 | 05-15 | Prisciliano Barragan v. Merck & Co., Inc. |

DISTRICT  DIV. C.A.#

|  |  |  |  |
|---|---|---|---|
| TXS | 7 | 05-17 | Felicia Garza, et al. v. Merck & Co., Inc., et al. |
| TXS | 7 | 05-36 | Felicidad Villarreal v. Merck & Co., Inc., et al. |

TEXAS WESTERN

|  |  |  |  |
|---|---|---|---|
| TXW | 5 | 04-1092 | Clifford Hicks, et al. v. Merck & Co., Inc. |
| TXW | 5 | 05-16 | Alicia Gomez. etc. v. Merck & Co., Inc. |

UTAH

|  |  |  |  |
|---|---|---|---|
| UT | 1 | 04-172 | Hans Jacob Jeppson v. Merck & Co., Inc. |
| UT | 1 | 04-175 | Frederick A. Younker, etc. v. Merck & Co., Inc. |
| UT | 1 | 05-6 | R. Dee Erickson v. Merck & Co., Inc. |
| UT | 2 | 04-1102 | Arthur D. Blain, et al. v. Merck & Co., Inc. |
| UT | 2 | 04-1159 | Michael Horst, et al. v. Merck & Co., Inc. |
| UT | 2 | 04-1160 | Robert Wayne Lundin, et al. v. Merck & Co., Inc. |
| UT | 2 | 04-1171 | Mary Burke v. Merck & Co., Inc. |
| UT | 2 | 04-1172 | Robert Radke v. Merck & Co., Inc. |
| UT | 2 | 05-54 | Diana L. Ward v. Merck & Co., Inc. |

WASHINGTON EASTERN

| WAE | 2 | 05-18 | William Schmidt, etc. v. Merck & Co., Inc. |
|---|---|---|---|

WASHINGTON WESTERN

|  |  |  |  |
|---|---|---|---|
| WAW | 2 | 04-2340 | Ken Yohe v. Merck & Co., Inc. |
| WAW | 2 | 05-63 | Sue Avery, et al. v. Merck & Co., Inc. |

WEST VIRGINIA SOUTHERN

| WVS | 2 | 04-1324 | Lewis C. Montgomery v. Merck & Co., Inc. |
|---|---|---|---|

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-1
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Terry I. Adelman
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Wayne R. Andersen
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. G. Ross Anderson, Jr.
U.S. District Judge
P.O. Box 2147
Anderson, SC 29622-2147

Hon. M. Christina Armijo
U.S. District Judge
760 U.S. Courthouse
333 Lomas Blvd, NW
Albuquerque, NM 87102

Hon. Henry E. Autrey
U.S. District Judge
10.148 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harold A. Baker
Senior U.S. District Judge
338 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2600

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor U.S.
Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Karon O. Bowdre
U.S. District Judge
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue N.
Birmingham, AL 35203

Hon. Jane J. Boyle
U.S. District Judge
1376 Earle Cabell Federal Building
& U.S. Courthouse
1110 Commerce Street
Dallast, TX 75249

Hon. Fredrick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Karen K. Caldwell
U.S. District Judge
207 United States Courthouse
310 South Main Street
London, KY 40741

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. David S. Cercone
U.S. District Judge
1036 United States Post Office
& Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Stanley R. Chesler
U.S. District Judge
Clarkson S. Fisher Federal Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Curtis L. Collier
U.S. District Judge
P.O. Box 831
Chattanooga, TN 37401-0931

Hon. Suzanne B. Conlon
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. John T. Copenhaver, Jr.
U.S. District Judge
Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Room 6009
Charleston, WV 25301

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Alfred V. Covello
Senior U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
2-194 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Patrick J. Duggan
Senior U.S. District Judge
Theodore Levin U.S. Courthouse
Room 867
231 West Lafayette Blvd.
Detroit, MI 48226

Hon. Claire V. Eagan
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Mark R. Filip
U.S. District Judge
U.S. District Court
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102-9958

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
Building
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. Paul V. Gadola
Senior U.S. District Judge
Federal Building
600 Church Street
Flint, MI 48502

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker U.S.
Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. James Knoll Gardner
U.S. District Judge
United States District Court
4701 Edward N. Cahn Federal Bldg.
& U.S. Courthouse
Allentown, PA 18101

Hon. I. Leo Glasser
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal Justice
Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Callie V. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. J. Thomas Greene
Senior U.S. District Judge
447 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Paul W. Greene
U.S. Magistrate Judge
319 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Jean C. Hamilton
Chief Judge, U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-9958

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Court House
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Thomas A. Higgins
Senior U.S. District Judge
A-845 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. Robert L. Hinkle
Chief Judge, U.S. District Court
U.S. District Court
111 North Adams Street
Tallahassee, FL 32301-7717

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W Bus Highway 83
Bentsen Tower, Suite 1028
McAllen, TX 78501

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. William M. Hoeveler
Senior U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7797

Hon. Michael R. Hogan
U.S. District Judge
260 U.S. Courthouse
211 East 7th Street
Eugene, OR 97401

Hon. James F. Holderman, Jr.
U.S. District Judge
Everett McKinley Dirksen U.S. Cthse.
219 South Dearborn Street
Chicago, IL 60604

Hon. J. Leon Holmes
U.S. District Judge
United States District Court
360 Richard Sheppard Arnold United States Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Joseph M. Hood
U.S. District Judge
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401-5196

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-9958

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. David A. Katz
Senior U.S. District Judge
215 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Ed Kinkeade
U.S. District Judge
1625 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
3D Edward A. Garmatz Fed. Bldg.
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. M. James Lorenz
U.S. District Judge
2140 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101-8913

Hon. Thomas J. McAvoy
Senior U.S. District Judge
225 Federal Building
15 Henry Street
Binghamton, NY 13901

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Terrence F. McVerry
U.S. District Judge
1008 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. Court & Custom House
1114 Market Street
St. Louis, MO 63101

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William T. Moore, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412

Hon. Norman A. Mordue
U.S. District Judge
P.O. Box 7336
Syracuse, NY 13261

Hon. Charles A. Moye, Jr.
Senior U.S. District Judge
2342 Richard B. Russell U.S. Courthouse
& Federal Building
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Fed. Bldg. & U.S.
Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Clarence C. Newcomer
Senior U.S. District Judge
13614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1778

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes United States
Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Thomas N. O'Neill, Jr.
U. S. District Court
4007 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1713

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Charles A. Pannell, Jr.
U.S. District Judge
2321 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse,
14th Floor
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Virgil Pittman
Senior U.S. District Judge
United States District Court
113 Street Joseph Street
Mobile, AL 36602

Hon. Paul E. Plunkett
Senior U.S. District Judge
2270 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Michael J. Reagan
U.S. District Judge
U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr. U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. W. Louis Sands
Chief Judge, U.S. District Court
201 W. Broad Ave.
Albany, GA 31701

Hon. L. T. Senter, Jr.
Chief Judge, U.S. District Court
U.S. District Court
2012 15th Street
Suite 514
Gulfport, MS 39501

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
12th Floor
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-9958

Hon. Morton Sitver
U.S. Magistrate Judge
5043 United States Courthouse
230 North First Avenue
Phoenix, AZ 85025

Hon. Jorge A. Solis
U.S. District Judge
13B31 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
701 N. Main Street
Suite 228
Hattiesburg, MS 39401

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Brian T. Stewart
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2106

Hon. Lonny R. Suko
U.S. District Judge
Post Office Box 2726
Yakima, WA 98907-2726

Hon. R. Barclay Surrick
U.S. District Court
5118 James A. Byrne
U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1713

Hon. John D. Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
Post Office Box 3443
Greensboro, NC 27402-3443

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker, Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Susan Russ Walker
U.S. Magistrate Judge
P.O. Box 180
Montgomery, AL 36101-0180

Hon. Donald E. Walter
Senior U.S. District Judge
4200 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3050

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-9958

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106