E-FILED
Tuesday, 22 March, 2005 11:25:05 AM
Clerk, U.S. District Court, ILCD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 16 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

RECEIVED
MAR 21 2005
U.S. CLERK'S OFFICE
URBANA, IL

*Martha Bennett v. Merck & Co., Inc.*, C.D. Illinois, C.A. No. 2:05-2006
*Earl Gori, et al. v. Merck & Co., Inc.*, S.D. Illinois, C.A. No. 3:04-868
*James Ratliff v. Merck & Co., Inc.*, E.D. Kentucky, C.A. No. 7:04-419

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these three actions (*Bennett*, *Gori* and *Ratliff*) on March 4, 2005. The Panel has now been advised that: 1) *Bennett* was dismissed in the Central District of Illinois pursuant to a notice of voluntary dismissal filed on March 4, 2005; 2) *Gori* was remanded to the Circuit Court, Third Judicial Circuit, Madison County, Illinois by the Honorable David R. Herndon in an order signed on February 28, 2005; and 3) *Ratliff* was remanded to Pike Circuit Court, Kentucky, by the Honorable Joseph M. Hood in an order signed on March 3, 2005

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on March 4, 2005, is VACATED insofar as it relates to these three actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel