# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

March 16, 2005

John M. Waters, Clerk  
218 U.S. Courthouse  
201 South Vine Street  
Urbana, IL 61801

Leslie G. Whitmer, Clerk  
203 Federal Building  
110 Main Street  
Pikeville, KY 41501

Norbert G. Jaworski, Clerk  
U.S. District Court  
P.O. Box 249  
E. St. Louis, IL 62202-0249

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Martha Bennett v. Merck & Co., Inc.*, C.D. Illinois, C.A. No. 2:05-2006  
*Earl Gori, et al. v. Merck & Co., Inc.*, S.D. Illinois, C.A. No. 3:04-868  
*James Ratliff v. Merck & Co., Inc.*, E.D. Kentucky, C.A. No. 7:04-419

**FILED**

MAR 23 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Clerks :

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck  
Clerk of the Panel

By _____  
        Deputy Clerk

Enclosure

cc:  Transferee Judge: Judge Eldon E. Fallon  
     Transferor Judges: Judge Harold A. Baker, Judge David R. Herndon, Judge Joseph M. Hood

JPML Form 87

A CERTIFIED TRUE COPY

MAR 16 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 6 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Martha Bennett v. Merck & Co., Inc.*, C.D. Illinois, C.A. No. 2:05-2006
*Earl Gori, et al. v. Merck & Co., Inc.*, S.D. Illinois, C.A. No. 3:04-868
*James Ratliff v. Merck & Co., Inc.*, E.D. Kentucky, C.A. No. 7:04-419

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these three actions (*Bennett*, *Gori* and *Ratliff*) on March 4, 2005. The Panel has now been advised that: 1) *Bennett* was dismissed in the Central District of Illinois pursuant to a notice of voluntary dismissal filed on March 4, 2005; 2) *Gori* was remanded to the Circuit Court, Third Judicial Circuit, Madison County, Illinois by the Honorable David R. Herndon in an order signed on February 28, 2005; and 3) *Ratliff* was remanded to Pike Circuit Court, Kentucky, by the Honorable Joseph M. Hood in an order signed on March 3, 2005

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on March 4, 2005, is VACATED insofar as it relates to these three actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel